**GERAGOS & GERAGOS**
A Professional Corporation, Lawyers
Historic Engine Co. No. 28
644 South Figueroa Street
Los Angeles, CA 90017-3411
Telephone: (213) 625-3900
Facsimile (213) 232-3255
Ben J. Meiselas (SBN 277412)
Zack V. Muljat (SBN 304531)
Eric Y. Hahn (SBN 311771)
Ellin Gurvitch (SBN 313245)

**ERIKSON LAW GROUP**
200 North Larchmont Boulevard
Los Angeles, California 90004
Telephone: (323) 465-3100
Facsimile: (323) 465-3177
David Alden Erikson (SBN 189838)
Antoinette Waller (SBN 152895)

Attorneys for Plaintiff MARC JURIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC JURIS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>FLAVA WORKS, INC., an Illinois corporation; PHILLIP BLEICHER, an individual; and ROES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-06053-GW-PJW<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>[Fed. Rule Civ. Proc. 41(a)(1)] |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiff Marc Juris, by and through his attorneys of record, hereby gives notice that the above-entitled action is voluntarily dismissed without prejudice.

1  DATED: November 27, 2017        ERIKSON LAW GROUP

                                   By: _____
                                       DAVID ERIKSON
                                       Attorneys for Plaintiff